## GREEN v. THE STATE.

COBB, J. The venue of the offense of arson is not sufficiently proved by evidence showing merely that the outhouse alleged to have been burned was at a point 35 or 40 feet from a dwelling-house, which was located in the county laid in the indictment.   *Futch* v. *State,* 90 *Ga.* 472.          *Judgment reversed.   All the Justices concurring.*

Submitted November 6, — Decided November 28. 1899.

Indictment for arson.   Before Judge Henry.   Floyd superior court.   July term, 1899.

*H. M. Wright* and *C. E. Carpenter,* for plaintiff in error.
*Moses Wright, solicitor-general,* contra.

---

## McKENZIE v. THE STATE.

LEWIS, J. The requests to charge, in so far as they were pertinent, were fully covered by the general charge of the court. The newly discovered evidence was of an impeaching nature, and, under the facts of this case, might by the exercise of due diligence have been discovered before the conclusion of the trial. There was sufficient evidence to sustain the verdict, and, no error of law having been committed, the court did not abuse its discretion in overruling the motion for a new trial.

*Judgment affirmed.   All the Justices concurring.*

Argued November 6.—Decided November 28, 1899.

Indictment for burglary.   Before Judge Henry.   Floyd superior court.   July term, 1899.

*George A. H. Harris & Son,* for plaintiff in error.
*Moses Wright, solicitor-general,* contra.